IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSE HERSH,

    Plaintiff,

v.

FREEDOM LIFE INSURANCE,

    Defendants.
_____/

No. 11-03289 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On October 6, 2011, Plaintiff's and Defendants' counsel filed a request to appear telephonically at the initial case management conference set for October 18, 2011 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Requests are GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 11, 2011

                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge