**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSE HERSH,

    Plaintiff,

v.

FREEDOM LIFE INSURANCE,

    Defendant.

No. C -11-03289 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

At the October 18, 2011 Case Management Conference, the Court made the following orders:

1. No later than October 21, 2011, the parties shall file a stipulation regarding proposed pretrial and trial dates.

2. Any motion regarding the applicable statute of limitations, choice of law or other similar legal issues that may be case dispositive or be especially useful prior to mediation shall be filed no later than December 6, 2011. Any opposition shall be filed no later than December 20, 2011. Any reply shall be filed no later than January 3, 2012. A hearing on the motion is scheduled for January 17, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 19, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge