Glenn R. Kantor – SBN 122643
Email: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
Email: cchandler@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
FAX: (818) 350-6272

Steven M. Dunn
Steven M. Dunn, P.A.
1135 Kane Concourse, 5th Floor
Miami, Florida 33154
Telephone: (305) 868-1400
Fax: (305) 868-1409

Attorneys for plaintiff
Rose Hersh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE HERSH,<br><br>      Plaintiff,<br><br>  vs.<br><br>NATIONAL FOUNDATION LIFE INSURANCE COMPANY f/k/a NATIONAL FINANCIAL LIFE INSURANCE COMPANY,<br><br>      Defendant | Case No.: CV 11-03289 EDL<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING SAMUEL HERSH AS THE ADMINISTRATOR OF THE ESTATE OF ROSE HERSH AS PLAINTIFF IN THIS ACTION |

The parties hereby agree and stipulate as follows:

Whereas, the plaintiff in this action, Rose Hersh, has passed away and

Whereas, the son of Rose Hersh, as administrator of the Estate of Rose Hersh, desires to substitute in as the plaintiff, in the place of Ms. Hersh,

It is hereby stipulated and agreed, subject to the Court's approval that Samuel Hersh, as Administrator of the Estate of Rose Hersh, may substitute in as the plaintiff in this action.

DATED: October 31, 2011.	Respectfully submitted,
	KANTOR & KANTOR LLP
	STEVEN M. DUNN, P.A

	/s/ Corinne Chandler
	Corinne Chandler
	Attorneys for Plaintiff

DATED: October 31, 2011.	GREVE, CLIFFORD, WENGEL & PARAS, LLP

	/s/ Bradley W. Kragel
	Bradley W. Kragel
	Attorneys for Plaintiff

### [PROPOSED] ORDER

The Court, having considered the Stipulation submitted by the parties and good cause appearing therefor, it is hereby ordered that Samuel Hersh may be substituted as the plaintiff in this action.

Dated: November 2, 2011

*Elizabeth D. LaPorte*
The Honorable Elizabeth D. LaPorte
U.S. District Court Magistrate Judge