Glenn R. Kantor – SBN 122643
Email: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
Email: cchandler@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
FAX: (818) 350-6272

Steven M. Dunn
Steven M. Dunn, P.A.
1135 Kane Concourse, 5th Floor
Miami, Florida 33154
Telephone: (305) 868-1400
Fax: (305) 868-1409

Attorneys for plaintiff
Rose Hersh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE HERSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL FOUNDATION LIFE INSURANCE COMPANY f/k/a NATIONAL FINANCIAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: CV 11-03289 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT NATIONAL FOUNDATION LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**<br><br>FAC Filed: 09/07/2011<br>Trial Date: 11/13/2012 |

The parties, by and through their respective attorneys hereby agree and stipulate to the following:

Whereas, this Court set December 6, 2011 as the last day for defendant to file a summary judgment motion as to its statute of limitations defense;

Whereas, defendant filed its Motion and plaintiff's Opposition thereto is due on or about December 20, 2011

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Whereas, on or about November 9, 2011, plaintiff served written discovery on defendant, requesting documents and information which are material to plaintiff's contention that Florida law applies to this case;

Whereas, defendant's responses to said discovery are due on December 12, 2009 and defendant has requested a two week extension to respond to said discovery; and

Whereas, plaintiff has granted defendant's request, provided that it stipulate and agree to continue the briefing and hearing on defendant's motion so that plaintiff is not prejudiced by granting the extension.

Now, therefore, the parties stipulate and agree, subject to the Court's approval that the briefing and hearing date for defendant's motion for summary judgment, filed on December 6, 2011 shall be continued as follows:

| | |
|---|---|
| January 3, 2012: | Plaintiff's Opposition due |
| January 17, 2012 | Defendant's Reply due |
| January 31, 2012 | Hearing on Defendant's Motion for Summary Judgment |

Dated: December 12, 2011        GREVE, CLIFFORD, WENGEL & PARAS, LLP

By: __/s/ Bradley W. Kragel_____

Bradley W. Kragel
Attorneys For Defendant National
Foundation Life Insurance Company

Dated: December 12, 2011        KANTOR & KANTOR LLP
STEVEN M. DUNN, P.A.

By: __/s/ Corinne Chandler_____
Corinne Chandler
Attorneys for Plaintiff Rose Hersh

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

[~~PROPOSED~~] ORDER

The Court, having considered the Stipulation submitted by the parties and good cause appearing therefor, it is hereby ordered that the hearing on Defendant NATIONAL FOUNDATION LIFE INSURANCE COMPANY's Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication of Issues be continued to January 31, 2012. It is also hereby ordered that the deadline to file an opposition is continued to January 3, 2012, and the deadline to file a reply is continued to January 17, 2012.

Dated:  December 13, 2011

_____
HONORABLE ELIZABETH D. LAPORTE
U.S. District Court Magistrate Judge