UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROSE HERSH**

    Plaintiff(s),                      No. C-**11-03289** EDL

    v.                              **ORDER OF CONDITIONAL DISMISSAL**

**FREEDOM LIFE INSURANCE**

    Defendants.

_____/

On June 1, 2012, Plaintiff filed a Notice of Settlement, advising the Court that the parties have agreed to a settlement of this case. Thus, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: June 4, 2012

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge

United States District Court
For the Northern District of California